IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

TREVELIS DIVINCI JACKSON,         *

        Plaintiff,         *

v.         Case No. 1:23-CV-209 (LAG)

        *

OFFICER WARD,

        *

        Defendant.

_____         *

## **J U D G M E N T**

Pursuant to this Court's Order dated February 26, 2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 27th day of February, 2025.

        David W. Bunt, Clerk

        s/ Michelle Paschal, Deputy Clerk